UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 1:09-CV-119 |
| v. | ) | *Lee* |
| | ) | |
| ARCHIE L. LEDFORD, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant Archie Ledford ("Defendant") has filed a suggestion of bankruptcy, stating he filed for relief under the provisions of Chapter 13 of the bankruptcy code in the United States Bankruptcy Court for the Eastern District of Tennessee on May 2, 2011 [Doc. 17]. As this case will be automatically stayed under 11 U.S.C. § 362, pursuant to the policies and procedures of the Administrative Office of the United States Courts, it is **ORDERED** this action is closed and removed as a statistically pending matter from the active docket of this Court.

The Clerk of the Court is directed to submit a JS-6 report to the Administrative Office of the United States Courts in this case. However, nothing contained in this Order shall be considered a dismissal or disposition of this matter, and should further proceedings in this matter become necessary or desirable, any party may initiate it in the same manner as if this Order had not been entered. The pretrial conference set for May 16, 2011, is hereby **CANCELLED**.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE